Stradford v. State

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 D'Angelo Stradford, Respondent
 
 
 

v.

 
 
 
 State of South Carolina, Petitioner
 
 
 

Appeal From Kershaw County
Wyatt T. Saunders, Plea Judge
 Alison Renee Lee, PCR Judge

Memorandum Opinion No. 2005-MO-006
Submitted January 20, 2005  Filed February 7, 2005

REVERSED

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley Elliott, Assistant Attorney General Christopher L. Newton, all of the Office of the Attorney General, of Columbia, for Petitioner.
 Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Reversed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Whitehead v. State, 352 S.C. 215, 574 S.E.2d 200 (2002)(holding State waived right to raise defense of laches to defendant's second PCR application asserting Austin claim); and Gallman v. State, 307 S.C. 273, 414 S.E.2d 780, 782 (1992)(holding a PCR judge's findings will not be upheld if such findings are not supported by probative evidence). 

REVERSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.